**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **DAVID MICHAEL JONES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RODREGIOUS,** ***et al.*****,**<br><br>**Defendants.** | **No. 3:24 CV 338** |

**OPINION and ORDER**

Defendants Felicia Gary, Kaitlin Happel, Lee Ivers, and Chad Crites (the "medical defendants") have filed a motion for clarification regarding this court's order denying summary judgment in favor of the state defendants. (DE # 92.) In this motion, the medical defendants ask that the court ensure the record accurately reflects that they were parties to the state defendants' summary judgment motion. (*See id.*) This motion is **GRANTED** to properly reflect that the medical defendants were parties to the state defendants' motion for summary judgment (DE # 64). For the same reasons discussed in the court's order denying the state defendants' summary judgment motion (DE # 90), summary judgment is not warranted in favor of the medical defendants.

**SO ORDERED.**

Date: September 9, 2026

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT